UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLOTTE FREEMAN, ET AL.,<br><br>        Plaintiffs,<br><br>  - against -<br><br>HSBC HOLDINGS PLC ("HSBC"), HSBC BANK PLC ("HSBC-EUROPE"), HSBC BANK MIDDLE EAST LIMITED ("HSBC MIDDLE EAST"), HSBC BANK USA, N.A. ("HSBC-US"), BARCLAYS, STANDARD CHARTERED BANK, ROYAL BANK OF SCOTLAND, N.V., CREDIT SUISSE, BANK SADERAT PLC, AND JOHN DOES 1-50,<br><br>        Defendants. | Index No.: CV-14-6601<br><br>**NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that Mark G. Hanchet of Mayer Brown LLP hereby appears as counsel for HSBC HOLDINGS PLC, HSBC BANK PLC, HSBC BANK MIDDLE EAST LIMITED, and HSBC BANK USA, N.A., defendants in the above-captioned action, and requests that all notices given or service made in connection with this action be given or made upon Mark G. Hanchet as set forth below.

Dated: New York, NY
   December 23, 2014

                MAYER BROWN LLP

                By:  /s/ Mark G. Hanchet
                   Mark G. Hanchet

                1675 Broadway
                New York, NY 10019
                Telephone: (212) 506-2695
                Facsimile: (212) 849-5695
                Email: mhanchet@mayerbrown.com

                *Attorneys for Defendants*
                *HSBC Holdings Plc, HSBC Bank Plc, HSBC*
                *Bank Middle East Limited and HSBC Bank*
                *USA, N.A.*