UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLOTTE FREEMAN, et al.,<br><br>                        Plaintiffs,<br>vs.<br><br>HSBC HOLDINGS PLC, HSBC BANK PLC, HSBC BANK MIDDLE EAST LIMITED, HSBC BANK USA, N.A., BARCLAYS, STANDARD CHARTERED BANK, ROYAL BANK OF SCOTLAND, N.V., CREDIT SUISSE AG, BANK SANDERAT PLC, AND JOHN DOES 1-50,<br><br>                        Defendants. | Civil No. 14-6601-DLI-CLP |

## FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE OF CREDIT SUISSE AG

      Pursuant to Fed. R. Civ. P. 7.1, Defendant Credit Suisse AG states that Credit Suisse AG is a wholly-owned subsidiary of Credit Suisse Group AG, which is a corporation organized under the laws of the Country of Switzerland and whose shares are publicly traded on the Swiss Stock Exchange and are also listed on the New York Stock Exchange in the form of American Depositary Shares. No publicly held company owns more than 10% of Credit Suisse Group AG.

Dated: December 31, 2014

Respectfully submitted,

CRAVATH, SWAINE & MOORE LLP,

By:        /s/Richard W. Clary
Richard W. Clary
Michael T. Reynolds
John D. Buretta
Members of the Firm

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
rclary@cravath.com
mreynolds@cravath.com
jburetta@cravath.com

*Attorneys for Defendant Credit Suisse AG*