US MAGISTRATE JUDGE CHERYL L. POLLAK          DATE: 1/15/15

TIME SPENT: _____

DOCKET NO. 14 CV 6601

CASE: Freeman v HSBC Holdings

___ INITIAL CONFERENCE            ___ OTHER/STATUS CONFERENCE
___ DISCOVERY CONFERENCE          ___ FINAL/PRETRIAL CONFERENCE
___ SETTLEMENT CONFERENCE         ✓ TELEPHONE CONFERENCE
___ MOTION HEARING                ___ ORAL ARGUMENT

MANDATORY DISCLOSURE:

___ COMPLETED                     ___ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

___ DISCOVERY TO BE COMPLETED BY _____

___ NEXT CONFERENCE SCHEDULED FOR _____

___ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____     DEF. TO SERVE PL. BY: _____

RULINGS: Discovery held in abeyance pending motion practice. Parties to confer and propose a schedule by 1/20