UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLOTTE FREEMAN, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> HSBC HOLDINGS PLC, ET AL. <br><br> Defendants. | 14-CV-6601(DLI)(CLP) <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE THAT** Clyde T. Turner hereby appears as counsel for Plaintiff Charlotte Freeman, et al as of this date and requests that all papers in this action be electronically served upon the undersigned at the address listed below.

Dated: January 20, 2015

Respectfully submitted,

/s/ C. TAB TURNER
C. Tab Turner
Turner and Associates P.A.
4705 Somers Ave., Suite 100
North Little Rock, AR 72116
(501) 791-2277
tab@tturner.com

Attorney for Plaintiff