

The New York Times Building
37th Floor
620 Eighth Avenue
New York, NY  10018-1405
212.808.2700
Fax 212.286.9806

Adam B. Michaels
direct dial:  212 808 2746
direct fax:  866 422 0197
michaelsa@pepperlaw.com

January 20, 2015

*Via Facsimile and ECF*

Magistrate Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Chambers Room 1230
Courtroom 13B - South
Brooklyn, NY 11201

      Re:    <u>Freeman, et al. v. HSBC Holdings PLC, et al.</u>
               14 Civ. 6601 (E.D.N.Y.) (DLI/CLP)

Dear Judge Pollak:

      On behalf of defendant Bank Saderat PLC ("Bank Saderat), we write to join the request that the Court set the schedule for motions to dismiss set forth in Credit Suisse AG's letter to Your Honor of January 20, 2015 [Docket Entry No. 40].

      Thank you for your consideration.

                            Respectfully submitted,

                            Adam B. Michaels

cc:    All counsel of record (via ECF)
       Jeremy D. Frey, Esq.
       Matthew D. Foster, Esq.

Philadelphia    Boston    Washington, D.C.    Los Angeles    New York    Pittsburgh
Detroit    Berwyn    Harrisburg    Orange County    Princeton    Silicon Valley    Wilmington

www.pepperlaw.com