# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

———

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1260

JOHN W. WHITE
EVAN R. CHESLER
RICHARD LEVIN
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
ROBERT H. BARON
KEVIN J. GREHAN
C. ALLEN PARKER
SUSAN WEBSTER
DAVID MERCADO
ROWAN D. WILSON
CHRISTINE A. VARNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL

JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KEITH R. HUMMEL
DAVID J. KAPPOS
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN

TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
TEENA-ANN V. SANKOORIKAL
ANDREW R. THOMPSON
DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ERIC L. SCHIELE
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO
KEVIN J. ORSINI
MATTHEW MORREALE
JOHN D. BURETTA
J. WESLEY EARNHARDT

YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA
STEPHEN M. KESSING
LAUREN A. MOSKOWITZ
DAVID J. PERKINS
JOHNNY G. SKUMPIJA
J. LEONARD TETI, II
D. SCOTT BENNETT
TING S. CHEN
CHRISTOPHER K. FARGO
KENNETH C. HALCOM
DAVID M. STUART
JONATHAN L. DAVIS
AARON M. GRUBER
O. KEITH HALLAM, III
OMID H. NASAB

SPECIAL COUNSEL
SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III

OF COUNSEL
MICHAEL L. SCHLER

March 12, 2015

*Freeman, et al. v. HSBC Holdings plc, et al.*,
14-CV-6601 (DLI)(CLP)

Dear Judge Irizarry:

   We represent defendant Credit Suisse AG in the above-referenced matter. Pursuant to Rule IV.C of Your Honor's individual rules, we respectfully submit this letter, with the consent of counsel for all parties, to request leave of Court to modify the Court's page limits for memoranda of law in regard to the defendants' motions to dismiss, which are due on Monday, March 16, 2015.

   While there are numerous defendants named in this matter, the parties have streamlined the briefing process and are proposing page limits that involve fewer total pages, in the aggregate, than Your Honor's individual rules would provide were each defendant separately to submit a motion to dismiss. Specifically, defendants respectfully propose, and plaintiffs do not object to, the following:

Defendants' Motions to Dismiss

- A joint motion to dismiss, submitted by defendants HSBC Holdings plc, HSBC Bank plc, HSBC Bank Middle East Limited, HSBC Bank USA, N.S., Barclays Bank PLC, Standard Chartered Bank, The Royal Bank of Scotland N.V., and Credit Suisse AG, not to exceed 30 pages, with each of these defendants also being permitted to submit an individual brief not to exceed 10 pages each.

- A motion to dismiss to be submitted separately by defendant Bank Saderat PLC, not to exceed 30 pages.

Plaintiffs' Opposition

- Plaintiffs will have a total number of pages for their opposition briefing up to the total number of pages of all of the motion to dismiss memoranda submitted by the

defendants.  Upon reviewing the motions to dismiss, plaintiffs' counsel will assess the most efficient means of responding (i.e., either via one omnibus opposition memorandum or through separate briefs as to some or all of the motions to dismiss).

Defendants' Reply

- A joint reply brief, submitted by defendants HSBC Holdings plc, HSBC Bank plc, HSBC Bank Middle East Limited, HSBC Bank USA, N.S., Barclays Bank PLC, Standard Chartered Bank, The Royal Bank of Scotland N.V., and Credit Suisse AG, not to exceed 20 pages, with each of these defendants also being permitted to submit an individual reply brief not to exceed 5 pages each.

- A reply brief to be submitted separately by defendant Bank Saderat PLC, not to exceed 20 pages.

Thank you for the Court's consideration.

Respectfully submitted,

  /s/ John D. Buretta
John D. Buretta

The Honorable Dora L. Irizarry
   United States District Judge
      United States District Court
         Eastern District of New York
           225 Cadman Plaza East
              Brooklyn, NY 11201

VIA ECF

Copies to:

All counsel of record