UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLOTTE FREEMAN, *et al.*,<br><br>                    Plaintiffs,<br><br>  - against -<br><br>HSBC HOLDINGS PLC, *et al*,<br><br>                    Defendants. | No.  1:14-CV-6601 (DLI) (CLP) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, STEVEN T. COTTREAU, of the law firm Clifford Chance US LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendant **The Royal Bank of Scotland, N.V.** in the above-captioned action.

Dated: New York, New York
       March 12, 2015

                                        Respectfully submitted,

                                        CLIFFORD CHANCE US LLP

                                    By: */s/ Steven T. Cottreau*
                                        Steven T. Cottreau

                                        2001 K Street NW
                                        Washington, DC 20006
                                        (202) 912-5000 (phone)
                                        (202) 912-6000 (fax)
                                        steve.cottreau@cliffordchance.com