UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLOTTE FREEMAN, et al., <br><br>                           Plaintiffs, <br><br>                 -against- <br><br> HSBC HOLDINGS PLC, et al., <br><br>                          Defendants. | 14-CV-6601 (DLI/CLP) |

**NOTICE OF DEFENDANTS' MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the Complaint (annexed hereto), Defendants' Joint Memorandum in Support of Motion to Dismiss, Memorandum of Law of Defendants HSBC Holdings PLC, HSBC Bank PLC, HSBC Bank Middle East Limited, HSBC Bank USA, N.A., and The Royal Bank of Scotland N.V. in Support of Motion to Dismiss and Memorandum of Law of Defendant Credit Suisse AG in Support of Motion to Dismiss; and all prior pleadings and proceedings herein, Defendants HSBC Holdings PLC, HSBC Bank PLC, HSBC Bank Middle East Limited, HSBC Bank USA, N.A., Barclays Bank PLC, Standard Chartered Bank, The Royal Bank of Scotland N.V. and Credit Suisse AG hereby move this Court, before the Honorable Dora L. Irizarry, at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, 11201, for an order pursuant to Rule 12(b) of the Federal Rules of Civil Procedure dismissing this action.

March 16, 2015

Respectfully submitted,

| MAYER BROWN LLP, | CLIFFORD CHANCE US LLP, |
|---|---|
| by | by |
| */s/ Mark G. Hanchet* | */s/ Steven T. Cottreau* |
| Mark G. Hanchet<br>1221 Avenue of the Americas<br>New York, NY 10020-1001<br>(212) 506-2500<br>mhanchet@mayerbrown.com | Steven T. Cottreau<br>2001 K Street NW<br>Washington, DC 20006-1001<br>(202) 912-5000<br>steve.cottreu@cliffordchance.com |
| Andrew J. Pincus<br>Paul W. Hughes<br>1999 K Street, N.W.<br>Washington, CC 20006-1101<br>(202) 263-3000<br>apincus@mayerbrown.com<br>phughes@mayerbrown.com | Robert G. Houck<br>Jamie L. Hoxie<br>31 West 52nd Street<br>New York, NY 10019-6131<br>(212) 878-8000<br>robert.houck@cliffordchance.com<br>jamie.hoxie@cliffordchance.com |
| *Attorneys for Defendant HSBC Holdings PLC, HSBC Bank PLC, HSBC Bank Middle East Limited and HSBC Bank USA, N.A.* | *Attorneys for Defendant The Royal Bank of Scotland N.V.* |

| SULLIVAN & CROMWELL LLP, | CRAVATH, SWAINE & MOORE LLP, |
|---|---|
| by | by |
| */s/ Michael T. Tomaino, Jr.* | */s/ Richard W. Clary* |
| Michael T. Tomaino, Jr.<br>Jeffrey T. Scott<br>Jonathan M. Sedlak<br>125 Broad Street<br>New York, NY 10004<br>(212) 558-4000<br>tomainom@sullcrom.com<br>scottj@sullcrom.com<br>sedlakj@sullcrom.com<br><br>*Attorneys for Defendant Barclays Bank PLC* | Richard W. Clary<br>Michael T. Reynolds<br>John D. Buretta<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>(212) 474-1000<br>rclary@cravath.com<br>mreynolds@cravath.com<br>jburetta@cravath.com<br><br>*Attorneys for Defendant Credit Suisse AG* |

SULLIVAN & CROMWELL LLP,

by

*/s/ Sharon L. Nelles*

Sharon L. Nelles
Bradley P. Smith
125 Broad Street
New York, NY 10004
(212) 558-4000
nelless@sullcrom.com
smithbr@sullcrom.com

*Attorneys for Defendant Standard Chartered Bank*

TO:

Aaron Schlanger, Esq.
Ari Ungar, Esq.
Gary M. Osen, Esq.
Naomi B. Weinberg, Esq.
Joshua D. Glatter, Esq.
   Osen LLC
      2 University Plaza, Suite 201
         Hackensack, NJ 07601
           (201) 265-6400

Peter Raven-Hansen, Esq.
   Osen LLC
      700 Kinderkamack Road
         Oradell, NJ 07649
           (201) 265-0303

Clyde T. Turner, Esq.
   Turner and Associates
      4705 Somers Avenue, Suite 100
         North Little Rock, AR 72116
           (501) 791-1251

Counsel for Plaintiffs

VIA ECF