# CRAVATH, SWAINE & MOORE LLP

| | | | | |
|---|---|---|---|---|
| JOHN W. WHITE | JULIE A. NORTH | | TIMOTHY G. CAMERON | YONATAN EVEN |
| EVAN R. CHESLER | ANDREW W. NEEDHAM | WORLDWIDE PLAZA | KARIN A. DEMASI | BENJAMIN GRUENSTEIN |
| RICHARD LEVIN | STEPHEN L. BURNS | 825 EIGHTH AVENUE | LIZABETHANN R. EISEN | JOSEPH D. ZAVAGLIA |
| KRIS F. HEINZELMAN | KEITH R. HUMMEL | NEW YORK, NY 10019-7475 | DAVID S. FINKELSTEIN | STEPHEN M. KESSING |
| B. ROBBINS KIESSLING | DAVID J. KAPPOS | | DAVID GREENWALD | LAUREN A. MOSKOWITZ |
| ROGER D. TURNER | DANIEL SLIFKIN | TELEPHONE: +1-212-474-1000 | RACHEL G. SKAISTIS | DAVID J. PERKINS |
| PHILIP A. GELSTON | ROBERT I. TOWNSEND, III | FACSIMILE: +1-212-474-3700 | PAUL H. ZUMBRO | JOHNNY G. SKUMPIJA |
| RORY O. MILLSON | WILLIAM J. WHELAN, III | | JOEL F. HEROLD | J. LEONARD TETI, II |
| RICHARD W. CLARY | SCOTT A. BARSHAY | | ERIC W. HILFERS | D. SCOTT BENNETT |
| WILLIAM P. ROGERS, JR. | PHILIP J. BOECKMAN | CITYPOINT | GEORGE F. SCHOEN | TING S. CHEN |
| JAMES D. COOPER | ROGER G. BROOKS | ONE ROPEMAKER STREET | ERIK R. TAVZEL | CHRISTOPHER K. FARGO |
| STEPHEN L. GORDON | WILLIAM V. FOGG | LONDON EC2Y 9HR | CRAIG F. ARCELLA | KENNETH C. HALCOM |
| DANIEL L. MOSLEY | FAIZA J. SAEED | TELEPHONE: +44-20-7453-1000 | TEENA-ANN V. SANKOORIKAL | DAVID M. STUART |
| ROBERT H. BARON | RICHARD J. STARK | FACSIMILE: +44-20-7860-1150 | ANDREW R. THOMPSON | JONATHAN L. DAVIS |
| KEVIN J. GREHAN | THOMAS E. DUNN | | DAMIEN R. ZOUBEK | AARON M. GRUBER |
| C. ALLEN PARKER | MARK I. GREENE | | LAUREN ANGELILLI | O. KEITH HALLAM, III |
| SUSAN WEBSTER | DAVID R. MARRIOTT | WRITER'S DIRECT DIAL NUMBER | TATIANA LAPUSHCHIK | OMID H. NASAB |
| DAVID MERCADO | MICHAEL A. PASKIN | | ERIC L. SCHIELE | |
| ROWAN D. WILSON | ANDREW J. PITTS | | ALYSSA K. CAPLES | SPECIAL COUNSEL |
| CHRISTINE A. VARNEY | MICHAEL T. REYNOLDS | (212) 474-1260 | JENNIFER S. CONWAY | SAMUEL C. BUTLER |
| PETER T. BARBUR | ANTONY L. RYAN | | MINH VAN NGO | GEORGE J. GILLESPIE, III |
| SANDRA C. GOLDSTEIN | GEORGE E. ZOBITZ | | KEVIN J. ORSINI | |
| THOMAS G. RAFFERTY | GEORGE A. STEPHANAKIS | | MATTHEW MORREALE | OF COUNSEL |
| MICHAEL S. GOLDMAN | DARIN P. MCATEE | | JOHN D. BURETTA | MICHAEL L. SCHLER |
| RICHARD HALL | GARY A. BORNSTEIN | | J. WESLEY EARNHARDT | |

April 15, 2015

*Freeman, et al. v. HSBC Holdings plc, et al.*,
14-CV-6601 (DLI)(CLP)

Dear Judge Irizarry:

We represent Credit Suisse AG in the above-referenced matter. On April 2, 2015, following defendants' filing of motions to dismiss the original complaint, plaintiffs filed an amended complaint (the "Amended Complaint"). The Amended Complaint is 233-pages long, adds several plaintiffs and one additional defendant, Commerzbank AG, and also adds and deletes various factual allegations as compared with the original complaint. With the consent of co-defendants HSBC Holdings plc, HSBC Bank plc, HSBC Bank Middle East Limited, HSBC Bank USA, N.A., Barclays Bank PLC, Standard Chartered Bank, The Royal Bank of Scotland N.V., and Bank Saderat PLC, we respectfully write to propose, without objection from plaintiffs, the following schedule for motions to dismiss the Amended Complaint:

        May 15        Motions to dismiss

        June 29       Opposition

        July 24        Reply

Consistent with the Court's March 13, 2015, ruling with respect to page limits for motions to dismiss the original complaint, defendants also respectfully propose, and plaintiffs do not object to, the following page limits for memoranda of law in support of motions to dismiss the Amended Complaint:

Defendants' Motions to Dismiss

- A joint motion to dismiss, submitted by defendants HSBC Holdings plc, HSBC Bank plc, HSBC Bank Middle East Limited, HSBC Bank USA, N.A., Barclays Bank PLC, Standard Chartered Bank, The Royal Bank of Scotland N.V., and

Credit Suisse AG, not to exceed 30 pages, with each of these defendants also being permitted to submit an individual brief not to exceed 12 pages each.

- A motion to dismiss to be submitted separately by defendant Bank Saderat PLC, not to exceed 30 pages.

Plaintiffs' Opposition

- Plaintiffs will have a total number of pages for their opposition briefing up to the total number of pages of all of the motion to dismiss memoranda submitted by the defendants. Upon reviewing the motions to dismiss, plaintiffs' counsel will assess the most efficient means of responding (i.e., either via one omnibus opposition memorandum or through separate briefs as to some or all of the motions to dismiss).

Defendants' Reply

- A joint reply brief, submitted by defendants HSBC Holdings plc, HSBC Bank plc, HSBC Bank Middle East Limited, HSBC Bank USA, N.A., Barclays Bank PLC, Standard Chartered Bank, The Royal Bank of Scotland N.V., and Credit Suisse AG, not to exceed 20 pages, with each of these defendants also being permitted to submit an individual reply brief not to exceed 5 pages each.

- A reply brief to be submitted separately by defendant Bank Saderat PLC, not to exceed 20 pages.

The docket indicates that the new defendant in this matter, Commerzbank AG, was served last week with the Amended Complaint. However, because counsel has not yet appeared in the matter, the proposed schedule does not address motion practice by Commerzbank AG.

Thank you for the Court's consideration.

> Respectfully submitted,
>
>  /s/  John D. Buretta
> John D. Buretta

The Honorable Dora L. Irizarry
   United States District Judge
      United States District Court
         Eastern District of New York
            225 Cadman Plaza East
               Brooklyn, NY 11201

VIA ECF

Copies to:

All counsel of record

Case 1:14-cv-06601-DLI-CLP   Document 80   Filed 04/15/15   Page 3 of 3 PageID #: 1007