UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLOTTE FREEMAN, et al.,<br><br>        Plaintiffs,<br><br>  -against-<br><br>HSBC HOLDINGS PLC, et al.,<br><br>        Defendants. | 14 Civ. 6601 (DLI) (CLP) |

## DEFENDANT COMMERZBANK AG'S RULE 7.1
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the Judges and Magistrates of the Court to evaluate possible disqualification or recusal, Defendant Commerzbank AG ("Commerzbank"), by and through its undersigned counsel, certifies as follows:

Commerzbank is a publicly traded company organized under the laws of Germany and has no parent corporation. The government of the Federal Republic of Germany, through its SoFFin (Sonderfonds Finanzmarktstabilisierung) agency, indirectly owns approximately 17% of Commerzbank.

Dated: New York, New York
      May 4, 2015

                      CLEARY GOTTLIEB STEEN & HAMILTON LLP

                By: _____
                      Lawrence B. Friedman
                      (lfriedman@cgsh.com)
                      One Liberty Plaza
                      New York, New York 10006
                      (212) 225-2000
                      (212) 225-3999 (fax)

                      Attorneys for Commerzbank AG