UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLOTTE FREEMAN, et al., <br><br>                       Plaintiffs, <br><br> -against- <br><br> HSBC HOLDINGS PLC, et al., <br><br>                       Defendants. | 14-CV-6601 (DLI/CLP) |

**NOTICE OF DEFENDANTS' MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the Amended Complaint (annexed hereto), Defendants' Joint Memorandum in Support of Motion to Dismiss pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(6); Memorandum of Law of Defendants HSBC Holdings PLC, HSBC Bank PLC, HSBC Bank Middle East Limited, HSBC Bank USA, N.A., and The Royal Bank of Scotland N.V. in Support of Motion to Dismiss pursuant to Rule 12(b)(6); Defendant Commerzbank AG's Supplemental Memorandum of Law in Support of Its Motion to Dismiss pursuant to Rules 12(b)(2) and 12(b)(6); Memorandum of Law of Defendant Credit Suisse AG in Support of Motion to Dismiss pursuant to Rule 12(b)(6); and all prior pleadings and proceedings herein, Defendants HSBC Holdings PLC, HSBC Bank PLC, HSBC Bank Middle East Limited, HSBC Bank USA, N.A., Barclays Bank PLC, Standard Chartered Bank, The Royal Bank of Scotland N.V., Commerzbank AG and Credit Suisse AG hereby move this Court, before the Honorable Dora L. Irizarry, at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, for an order pursuant to Rule 12(b)(6) and, with respect to Defendant Commerzbank AG, also Rule 12(b)(2), dismissing the Amended

Complaint in its entirety with prejudice; and granting such other and further relief as the Court deems just and proper.

Date: May 29, 2015

                                                                                                     Respectfully submitted,

| MAYER BROWN LLP, | CRAVATH, SWAINE & MOORE LLP, |
|---|---|
| by | by |
|    */s/ Mark G. Hanchet* |    */s/ Richard W. Clary* |
|        Mark G. Hanchet |        Richard W. Clary |
| 1221 Avenue of the Americas | Michael T. Reynolds |
| New York, NY 10020-1001 | John D. Buretta |
| (212) 506-2500 | Worldwide Plaza |
| mhanchet@mayerbrown.com | 825 Eighth Avenue |
| | New York, NY 10019 |
|       Andrew J. Pincus | (212) 474-1000 |
|       Paul W. Hughes | rclary@cravath.com |
| 1999 K Street, N.W. | mreynolds@cravath.com |
| Washington, CC 20006-1101 | jburetta@cravath.com |
| (202) 263-3000 | |
| apincus@mayerbrown.com | |
| phughes@mayerbrown.com | *Attorneys for Defendant Credit Suisse AG* |
| | |
| *Attorneys for Defendant HSBC Holdings PLC, HSBC Bank PLC, HSBC Bank Middle East Limited and HSBC Bank USA, N.A.* | |

SULLIVAN & CROMWELL LLP,

by

*/s/ Michael T. Tomaino, Jr.*
Michael T. Tomaino, Jr.
Jeffrey T. Scott
Jonathan M. Sedlak
125 Broad Street
New York, NY 10004
(212) 558-4000
tomainom@sullcrom.com
scottj@sullcrom.com
sedlakj@sullcrom.com


*Attorneys for Defendant Barclays Bank PLC*


SULLIVAN & CROMWELL LLP,

by

*/s/ Sharon L. Nelles*
Sharon L. Nelles
Bradley P. Smith
125 Broad Street
New York, NY 10004
(212) 558-4000
nelless@sullcrom.com
smithbr@sullcrom.com


*Attorneys for Defendant Standard Chartered Bank*


CLIFFORD CHANCE US LLP,

by

*/s/ Steven T. Cottreau*
Steven T. Cottreau
2001 K Street NW
Washington, DC  20006-1001
(202) 912-5000
steve.cottreau@cliffordchance.com

Robert G. Houck
Jamie L. Hoxie
31 West 52nd Street
New York, NY 10019-6131
(212) 878-8000
robert.houck@cliffordchance.com
jamie.hoxie@cliffordchance.com


*Attorneys for Defendant The Royal Bank of Scotland N.V.*


CLEARY GOTTLIEB STEEN & HAMILTON LLP,

by

*/s/ Lawrence B. Friedman*
Lawrence B. Friedman
Lewis J. Liman
Avram E. Luft
One Liberty Plaza
New York, NY 10006
(212) 225-2000
lfriedman@cgsh.com
lliman@cgsh.com
aluft@cgsh.com


*Attorneys for Defendant Commerzbank AG*

TO:

Aaron Schlanger, Esq.
Ari Ungar, Esq.
Gary M. Osen, Esq.
Naomi B. Weinberg, Esq.
   Osen LLC
      2 University Plaza, Suite 201
         Hackensack, NJ 07601
            (201) 265-6400

Peter Raven-Hansen, Esq.
   Osen LLC
      700 Kinderkamack Road
         Oradell, NJ 07649
            (201) 265-0303

Clyde T. Turner, Esq.
   Turner and Associates
      4705 Somers Avenue, Suite 100
         North Little Rock, AR  72116
            (501) 791-1251

Attorneys for Plaintiffs


Jeremy D. Frey
Adam B. Michaels
Megan L. Traversari
Matthew D. Foster
   Pepper Hamilton LLP
      The New York Times Building
         620 Eighth Avenue
         New York, NY 10018
           (212) 808-2700

Attorneys for Defendant Bank Saderat PLC


VIA ECF