IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CHARLOTTE FREEMAN, et al., | X |
| Plaintiffs, | Case No. 14-cv-6601 (DLI)(CLP) |
| v. | |
| HSBC HOLDINGS PLC, et al., | |
| Defendants. | X |

---

### CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2015, I caused a true and correct copy of Bank Saderat PLC's Reply Memorandum of Law in Support of its Motion to Dismiss the Amended Complaint to be served via ECF on all counsel of record in this case.

/s/Jeremy D. Frey