IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

CHARLOTTE FREEMAN, et al.,

              Plaintiffs,

v.

HSBC HOLDINGS PLC, et al.,

              Defendants.

Case No. 14-cv-6601 (DLI)(CLP)

---

**NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF APPEARANCE**

      PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Adam B. Michaels, a lawyer formerly with the law firm of Pepper Hamilton LLP, attorney for defendant Bank Saderat PLC in the above-entitled action, hereby withdraws as an attorney of record for Bank Saderat PLC, as I am no longer affiliated with Pepper Hamilton.  Jeremy D. Frey and Matthew D. Foster of Pepper Hamilton will continue to serve as counsel of record to defendant Bank Saderat PLC in this action.  I hereby request that my name and email address be removed from the case's official docket.

Dated: July 25, 2018

                                                        HAND BALDACHIN & ASSOCIATES LLP

                                                        By: /s/ Adam B. Michaels
                                                            Adam B. Michaels
                                                            8 West 40th Street, 12th Floor
                                                            New York, New York 10018
                                                            (212) 956-9500

IT IS SO ORDERED.

Dated: _____, 2018    _____

CHIEF JUDGE DORA L. IRIZARRY

UNITED STATES DISTRICT JUDGE