OSEN LLC
ATTORNEYS AT LAW
WWW.OSENLAW.COM

2 UNIVERSITY PLAZA, SUITE 402, HACKENSACK, NJ 07601　　　　　　　　　　1441 BROADWAY, SUITE 6022, NEW YORK, NY 10018
T. 201.265.6400　　F. 201.265.0303　　　　　　　　　　　　　　　　　　　　　　　　　　　　　T.212.354.0111

July 26, 2018

**VIA ECF**

Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *Freeman, et al. v. HSBC Holdings plc, et al.*, 14-cv-6601 (DLI)(CLP)

Dear Judge Pollak:

Plaintiffs write to alert the Court to a recently issued decision, *Kaplan v. Cent. Bank of the Islamic Republic of Iran*, No. 16-7122, --- F.3d ----, 2018 WL 3490072 (D.C. Cir. July 20, 2018), another Anti-Terrorism Act case in which Bank Saderat PLC ("BSPLC") is a defendant. In *Kaplan*, the U.S. Court of Appeals for the D.C. Circuit "conclud[ed] that the act-of-war exception presents a merits issue, not a jurisdictional one," *id.* at *7, rejecting the identical argument BSPLC has made in this case. *See* Bank Saderat PLC's Mem. in Supp. Mot. to Dismiss, Sept. 14, 2016, ECF 116-1, at 3 ("Act of War Limitation Is Jurisdictional.").

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Gary M. Osen

cc:    Chief Judge Dora L. Irizarry
　　　　All Counsel