# CRAVATH, SWAINE & MOORE LLP

| | | | |
|---|---|---|---|
| JOHN W. WHITE | THOMAS E. DUNN | LAUREN ANGELILLI | O. KEITH HALLAM, III |
| EVAN R. CHESLER | MARK I. GREENE | TATIANA LAPUSHCHIK | OMID H. NASAB |
| RICHARD W. CLARY | DAVID R. MARRIOTT | ALYSSA K. CAPLES | DAMARIS HERNÁNDEZ |
| STEPHEN L. GORDON | MICHAEL A. PASKIN | JENNIFER S. CONWAY | JONATHAN J. KATZ |
| ROBERT H. BARON | ANDREW J. PITTS | MINH VAN NGO | MARGARET SEGALL D'AMICO |
| DAVID MERCADO | MICHAEL T. REYNOLDS | KEVIN J. ORSINI | RORY A. LERARIS |
| CHRISTINE A. VARNEY | ANTONY L. RYAN | MATTHEW MORREALE | KARA L. MUNGOVAN |
| PETER T. BARBUR | GEORGE E. ZOBITZ | JOHN D. BURETTA | NICHOLAS A. DORSEY |
| THOMAS G. RAFFERTY | GEORGE A. STEPHANAKIS | J. WESLEY EARNHARDT | ANDREW C. ELKEN |
| MICHAEL S. GOLDMAN | DARIN P. MCATEE | YONATAN EVEN | JENNY HOCHENBERG |
| RICHARD HALL | GARY A. BORNSTEIN | BENJAMIN GRUENSTEIN | VANESSA A. LAVELY |
| JULIE A. NORTH | TIMOTHY G. CAMERON | JOSEPH D. ZAVAGLIA | G.J. LIGELIS JR. |
| ANDREW W. NEEDHAM | KARIN A. DEMASI | STEPHEN M. KESSING | MICHAEL E. MARIANI |
| STEPHEN L. BURNS | LIZABETHANN R. EISEN | LAUREN A. MOSKOWITZ | |
| KEITH R. HUMMEL | DAVID S. FINKELSTEIN | DAVID J. PERKINS | |
| DAVID J. KAPPOS | DAVID GREENWALD | JOHNNY G. SKUMPIJA | SPECIAL COUNSEL |
| DANIEL SLIFKIN | RACHEL G. SKAISTIS | J. LEONARD TETI, II | SAMUEL C. BUTLER |
| ROBERT I. TOWNSEND, III | PAUL H. ZUMBRO | D. SCOTT BENNETT | |
| WILLIAM J. WHELAN, III | ERIC W. HILFERS | TING S. CHEN | |
| PHILIP J. BOECKMAN | GEORGE F. SCHOEN | CHRISTOPHER K. FARGO | |
| WILLIAM V. FOGG | ERIK R. TAVZEL | KENNETH C. HALCOM | |
| FAIZA J. SAEED | CRAIG F. ARCELLA | DAVID M. STUART | OF COUNSEL |
| RICHARD J. STARK | DAMIEN R. ZOUBEK | AARON M. GRUBER | MICHAEL L. SCHLER |

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

—

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1260

WRITER'S EMAIL ADDRESS
jburetta@cravath.com

August 2, 2018

*Freeman, et al. v. HSBC Holdings plc, et al.,*
14-cv-06601-DLI-CLP

Dear Chief Judge Irizarry:

We represent Credit Suisse AG in the above-captioned matter. On September 14, 2016, the Moving Defendants[1] and Bank Saderat PLC ("Bank Saderat") separately moved to dismiss Plaintiffs' Second Amended Complaint. (Dkt. Nos. 119, 116.) On July 11, 2017, the Court entered an order referring the motions to dismiss to Magistrate Judge Pollak for the preparation of a Report and Recommendation. On July 27, 2018, Magistrate Judge Pollak issued a 135-page opinion, recommending that the Court deny the motions to dismiss. (Dkt. No. 165.) With consent of all defendants and the plaintiffs, we respectfully request an extension of time and enlargement of the page limitations for the submission of objections and responses to the Report and Recommendation. This is the first such request by any party.

Pursuant to Federal Rule of Civil Procedure 72(b), objections to the Report and Recommendation are due on August 10, 2018, and responses thereto are due on August 24, 2018. Given the length of the Report and Recommendation, the defendants propose, and the plaintiffs consent to, the following briefing schedule and page limitations:

---

[1] The "Moving Defendants" are HSBC Holdings plc, HSBC Bank plc, HSBC Bank Middle East Limited, HSBC Bank USA, N.A., Barclays Bank PLC, Standard Chartered Bank, the Royal Bank of Scotland N.V., Commerzbank AG and Credit Suisse AG.

<u>Objections</u>

- Objections to the Report and Recommendation shall be served by September 14, 2018.

- The Moving Defendants may submit joint objections not to exceed 35 pages. In addition, each of the Moving Defendants may submit individual objections not to exceed 5 pages each.

- Bank Saderat may submit individual objections not to exceed 25 pages.

<u>Response</u>

- Plaintiffs' omnibus response shall be served by October 24, 2018, and would be limited to the total number of pages of the combined objections of all defendants (inclusive of Bank Saderat).

Thank you for the Court's consideration.

Respectfully,

*/s/ John D. Buretta*
John D. Buretta

The Honorable Dora L. Irizarry
   Chief United States District Judge
      United States District Court
         Eastern District of New York
           225 Cadman Plaza East
              Brooklyn, NY 11201

VIA ECF

Copies to:

The Honorable Cheryl L. Pollak
   United States Magistrate Judge
      United States District Court
         Eastern District of New York
           225 Cadman Plaza East
              Brooklyn, NY 11201

All counsel of record

VIA ECF