

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
215.981.4000
Fax 215.981.4750

Jeremy D. Frey
direct dial:  215.981.4445
direct fax:  866.422.3552
freyj@pepperlaw.com

August 14, 2018

<u>Via ECF</u>

The Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

   Re: *Freeman, et al. v. HSBC Holdings PLC, et al.*, Case No. 14-cv-6601(DLI)(CLP)

Dear Magistrate Judge Pollak:

  This Firm represents Bank Saderat PLC ("BSPLC") in the above case.  This letter is submitted in response to Plaintiffs' letter dated August 7, 2018 (Dkt. No. 167) requesting that the Court lift its order that "[d]iscovery [be] held in abeyance pending motion practice" (Dkt. No. 37).

  BSPLC joins in the position of its co-defendants in this case in opposing Plaintiffs request.  Thank you for your attention to this matter.

         Respectfully submitted,

         /s/ Jeremy D. Frey

         Jeremy D. Frey

JDF:jmn
Cc: Chief Judge Dora L. Irizarry (via ECF)
   All counsel of record (via ECF)