# CRAVATH, SWAINE & MOORE LLP

| | | | |
|---|---|---|---|
| JOHN W. WHITE | THOMAS E. DUNN | LAUREN ANGELILLI | O. KEITH HALLAM, III |
| EVAN R. CHESLER | MARK I. GREENE | TATIANA LAPUSHCHIK | OMID H. NASAB |
| RICHARD W. CLARY | DAVID R. MARRIOTT | ALYSSA K. CAPLES | DAMARIS HERNÁNDEZ |
| STEPHEN L. GORDON | MICHAEL A. PASKIN | JENNIFER S. CONWAY | JONATHAN J. KATZ |
| ROBERT H. BARON | ANDREW J. PITTS | MINH VAN NGO | MARGARET SEGALL D'AMICO |
| DAVID MERCADO | MICHAEL T. REYNOLDS | KEVIN J. ORSINI | RORY A. LERARIS |
| CHRISTINE A. VARNEY | ANTONY L. RYAN | MATTHEW MORREALE | KARA L. MUNGOVAN |
| PETER T. BARBUR | GEORGE E. ZOBITZ | JOHN D. BURETTA | NICHOLAS A. DORSEY |
| THOMAS G. RAFFERTY | GEORGE A. STEPHANAKIS | J. WESLEY EARNHARDT | ANDREW C. ELKEN |
| MICHAEL S. GOLDMAN | DARIN P. MCATEE | YONATAN EVEN | JENNY HOCHENBERG |
| RICHARD HALL | GARY A. BORNSTEIN | BENJAMIN GRUENSTEIN | VANESSA A. LAVELY |
| JULIE A. NORTH | TIMOTHY G. CAMERON | JOSEPH D. ZAVAGLIA | G.J. LIGELIS JR. |
| ANDREW W. NEEDHAM | KARIN A. DEMASI | STEPHEN M. KESSING | MICHAEL E. MARIANI |
| STEPHEN L. BURNS | LIZABETHANN R. EISEN | LAUREN A. MOSKOWITZ | |
| KEITH R. HUMMEL | DAVID S. FINKELSTEIN | DAVID J. PERKINS | |
| DAVID J. KAPPOS | DAVID GREENWALD | JOHNNY G. SKUMPIJA | SPECIAL COUNSEL |
| DANIEL SLIFKIN | RACHEL G. SKAISTIS | J. LEONARD TETI, II | SAMUEL C. BUTLER |
| ROBERT I. TOWNSEND, III | PAUL H. ZUMBRO | D. SCOTT BENNETT | |
| WILLIAM J. WHELAN, III | ERIC W. HILFERS | TING S. CHEN | |
| PHILIP J. BOECKMAN | GEORGE F. SCHOEN | CHRISTOPHER K. FARGO | |
| WILLIAM V. FOGG | ERIK R. TAVZEL | KENNETH C. HALCOM | |
| FAIZA J. SAEED | CRAIG F. ARCELLA | DAVID M. STUART | OF COUNSEL |
| RICHARD J. STARK | DAMIEN R. ZOUBEK | AARON M. GRUBER | MICHAEL L. SCHLER |

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

———

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1260

WRITER'S EMAIL ADDRESS
jburetta@cravath.com

August 20, 2018

*Freeman, et al. v. HSBC Holdings plc, et al.*,
14-cv-06601-DLI-CLP

Dear Judge Pollak:

       We represent Credit Suisse AG in the above-captioned matter. We respectfully write on behalf of the Moving Defendants[1] to notify the Court of Judge Swain's Order in *O'Sullivan v. Deutsche Bank AG*, 17-cv-08709-LTS-GWG (S.D.N.Y. Aug. 20, 2018) (Dkt. No. 154) (attached as Exhibit A) overruling the *O'Sullivan* plaintiffs' objection, pursuant to Federal Rule of Civil Procedure 72(a), to Magistrate Judge Gorenstein's grant of a stay of discovery pending resolution of the motion to dismiss. (Dkt. No. 94.) The Moving Defendants respectfully submit that Judge Swain's Order provides further support for their position that this Court should continue to hold discovery in abeyance until the District Court has issued its decision on the motion to dismiss. (*See* Letter from J. Buretta to the Hon. C. Pollak, Aug. 14, 2018 (Dkt. No. 168).)

---

[1] The "Moving Defendants" are HSBC Holdings plc, HSBC Bank plc, HSBC Bank Middle East Limited, HSBC Bank USA, N.A., Barclays Bank PLC, Standard Chartered Bank, the Royal Bank of Scotland N.V., Commerzbank AG and Credit Suisse AG.

Thank you for the Court's consideration.

Respectfully,

John D. Buretta

Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Encl.

VIA ECF

Copies w/ encl. to:

All Counsel

VIA ECF