UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLOTTE FREEMAN, *et al.,*<br><br>        Plaintiffs,<br><br>   -against-<br><br>HSBC HOLDINGS PLC, *et al.,*<br><br>        Defendants. | 14-CV-6601 (DLI) (CLP) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Marc J. Gottridge of Hogan Lovells US LLP hereby appears as counsel for *amicus curiae* The Institute of International Bankers.

Dated: New York, New York
    September 10, 2018

                   Respectfully submitted,

                   HOGAN LOVELLS US LLP

                   By: /s/ Marc J. Gottridge
                     Marc J. Gottridge
                   875 Third Avenue
                   New York, NY 10022
                   (212) 918-3000
                   marc.gottridge@hoganlovells.com

                   *Attorney for Amicus Curiae*
                   *The Institute of International Bankers*