# CRAVATH, SWAINE & MOORE LLP

| | | WORLDWIDE PLAZA<br>825 EIGHTH AVENUE<br>NEW YORK, NY 10019-7475<br><br>TELEPHONE: +1-212-474-1000<br>FACSIMILE: +1-212-474-3700<br><br>———<br><br>CITYPOINT<br>ONE ROPEMAKER STREET<br>LONDON EC2Y 9HR<br>TELEPHONE: +44-20-7453-1000<br>FACSIMILE: +44-20-7860-1150<br><br>WRITER'S DIRECT DIAL NUMBER<br>+1-212-474-1260<br><br>WRITER'S EMAIL ADDRESS<br>jburetta@cravath.com | | |
|---|---|---|---|---|

JOHN W. WHITE, EVAN R. CHESLER, RICHARD W. CLARY, STEPHEN L. GORDON, ROBERT H. BARON, DAVID MERCADO, CHRISTINE A. VARNEY, PETER T. BARBUR, THOMAS G. RAFFERTY, MICHAEL S. GOLDMAN, RICHARD HALL, JULIE A. NORTH, ANDREW W. NEEDHAM, STEPHEN L. BURNS, KATHERINE B. FORREST, KEITH R. HUMMEL, DAVID J. KAPPOS, DANIEL SLIFKIN, ROBERT I. TOWNSEND, III, WILLIAM J. WHELAN, III, PHILIP J. BOECKMAN, WILLIAM V. FOGG, FAIZA J. SAEED

RICHARD J. STARK, THOMAS E. DUNN, MARK I. GREENE, DAVID R. MARRIOTT, MICHAEL A. PASKIN, ANDREW J. PITTS, MICHAEL T. REYNOLDS, ANTONY L. RYAN, GEORGE E. ZOBITZ, GEORGE A. STEPHANAKIS, DARIN P. MCATEE, GARY A. BORNSTEIN, TIMOTHY G. CAMERON, KARIN A. DEMASI, LIZABETHANN R. EISEN, DAVID S. FINKELSTEIN, DAVID GREENWALD, RACHEL G. SKAISTIS, PAUL H. ZUMBRO, ERIC W. HILFERS, GEORGE F. SCHOEN, ERIK R. TAVZEL, CRAIG F. ARCELLA

DAMIEN R. ZOUBEK, LAUREN ANGELILLI, TATIANA LAPUSHCHIK, ALYSSA K. CAPLES, JENNIFER S. CONWAY, MINH VAN NGO, KEVIN J. ORSINI, MATTHEW MORREALE, JOHN D. BURETTA, J. WESLEY EARNHARDT, YONATAN EVEN, BENJAMIN GRUENSTEIN, JOSEPH D. ZAVAGLIA, STEPHEN M. KESSING, LAUREN A. MOSKOWITZ, DAVID J. PERKINS, JOHNNY G. SKUMPIJA, J. LEONARD TETI, II, D. SCOTT BENNETT, TING S. CHEN, CHRISTOPHER K. FARGO, KENNETH C. HALCOM, DAVID M. STUART

AARON M. GRUBER, O. KEITH HALLAM, III, OMID H. NASAB, DAMARIS HERNÁNDEZ, JONATHAN J. KATZ, MARGARET SEGALL D'AMICO, RORY A. LERARIS, KARA L. MUNGOVAN, NICHOLAS A. DORSEY, ANDREW C. ELKEN, JENNY HOCHENBERG, VANESSA A. LAVELY, G.J. LIGELIS JR., MICHAEL E. MARIANI

———

SPECIAL COUNSEL
SAMUEL C. BUTLER

———

OF COUNSEL
MICHAEL L. SCHLER

October 15, 2018

*Freeman, et al. v. HSBC Holdings PLC, et al.,*
14-CV-6601 (DLI) (CLP)

Dear Chief Judge Irizarry:

      We represent Credit Suisse AG in the above-referenced action and respectfully write on behalf of the Moving Defendants.[1]  By minute entry dated August 6, 2018, the Court ordered that objections to the Magistrate Judge's Report and Recommendation (the "R&R") be filed no later than August 31, 2018, and responses to those objections be filed no later than October 5, 2018.

      Having filed their objections (Dkt. No. 174), and reviewed Plaintiffs' response (Dkt. No. 183), the Moving Defendants respectfully request leave of the Court to submit a seven-page, narrowly-tailored brief in reply—a copy of which is attached hereto as Exhibit A—to address (i) Plaintiffs' assertion, made for the first time, that the R&R is not subject to *de novo* review by this Court and (ii) a recent out-of-circuit case cited for the first time in Plaintiffs' response.[2]  A reply is appropriate in these limited circumstances "to avoid giving unfair advantage to the answering party".  *Bayway Ref. Co. v. Oxygenated Mktg. & Trading*, 215 F.3d 219, 226-27 (2d Cir. 2000).

---

[1] The "Moving Defendants" are HSBC Holdings plc, HSBC Bank plc, HSBC Bank Middle East Limited, HSBC Bank USA, N.A., Barclays Bank PLC, Standard Chartered Bank, The Royal Bank of Scotland N.V. (f/k/a ABN AMRO Bank N.V.), Credit Suisse AG, and Commerzbank AG.

[2] The Moving Defendants have carefully reviewed the Court's Individual Rules, as well as the federal and local rules, and file this letter with the Court rather than request a pre-motion conference because it relates to a motion described in Individual Rule IV.A.4 (objections pursuant to Fed. R. Civ. P. 72).

  Accordingly, the Moving Defendants respectfully request that the Court grant the Moving Defendants leave to file the seven-page brief attached hereto as Exhibit A.  We thank the Court for its consideration.

               Respectfully submitted,

               John D. Buretta


The Honorable Dora L. Irizarry
 Chief United States District Judge
  United States District Court
   Eastern District of New York
    225 Cadman Plaza East
     Brooklyn, New York 11201

Encl.

VIA ECF

Copies w/encl. to:

All counsel of record

VIA ECF