**OSEN LLC**
ATTORNEYS AT LAW
WWW.OSENLAW.COM

2 UNIVERSITY PLAZA, SUITE 402, HACKENSACK, NJ 07601
T. 201.265.6400   F. 201.265.0303

1441 BROADWAY, SUITE 6022, NEW YORK, NY 10018
T. 212.354.0111

October 31, 2018

**VIA ECF**

Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  **Re:** *Freeman, et al. v. HSBC Holdings plc, et al.*, **14-cv-6601 (DLI)(CLP)**

Dear Judge Pollak:

  Plaintiffs' counsel write to request an adjournment of the status conference scheduled for November 5, 2018, because Plaintiffs' counsel have a pre-trial conference scheduled that day in the U.S. District Court for the District of Columbia. We are available on any of the following dates, if they are convenient for the Court: November 2, 7-9 and 14-20.

            Respectfully submitted,

            Michael Radine

cc: All counsel via ECF