UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Freeman, *et al.*,<br><br>          -against-<br><br>HSBC Holdings PLC, *et al*,<br><br>                              Defendant. | 14 Civ. 6601 (DLI)(CLP)<br><br>**NOTICE OF APPEARANCE** |

        PLEASE TAKE NOTICE that Christopher R. Neff, Esq. of Moskowitz & Book, LLP hereby appears as counsel for Proposed Amici Curiae General James D. Thurman, Lieutenant General Mick Bednarek (Ret.), Lieutenant General Daniel P. Bolger (Ret.), Lieutenant General Keith Walker (Ret.), Major General Anthony A. Cucolo (Ret.), and Brigadier General William H. Forrester Jr. (Ret.) in the above captioned matter and demands that all papers in this action be served upon the undersigned at 345 Seventh Avenue, 21st Floor, New York New York 10001.

Dated:  New York, New York
          November 5, 2018

                                          MOSKOWITZ & BOOK, LLP

                                          By: /s/Christopher R. Neff
                                              Christopher R. Neff (CN-1655)
                                          345 7th Avenue, 21st Floor
                                          New York, NY 10001
                                          (212) 221-7999

                                          Attorneys for Proposed Amici Curiae
                                          General James D. Thurman, Llieitenant
                                          General Mick Bednarek (Ret.), Lieutenant
                                          General Daniel P. Bolger (Ret.), Lieitenant
                                          General Keith Walker (Ret.), Major General
                                          Anthony A. Cucolo (Ret.), and Brigadier
                                          General William H. Forrester Jr. (Ret.)

TO:    Clerk of Court
           All Counsel of Record