

**Pepper Hamilton LLP**
Attorneys at Law

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
215.981.4000
Fax 215.981.4750

Jeremy D. Frey
direct dial: 215.981.4445
direct fax:  866.422.3552
freyj@pepperlaw.com

November 30, 2018

<u>Via ECF</u>

Hon. Cheryl L. Pollak
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, NY  11201

     Re:    *Freeman, et al. v. HSBC Holdings PLC, et al.*, Case No. 14-cv-6601(DLI)(CLP)

Dear Magistrate Judge Pollak:

    This Firm represents Bank Saderat PLC ("BSPLC") in the above case.  On November 21, 2018, Plaintiffs filed a letter attaching a proposed Third Amended Complaint (Dkt. No. 199).

    BSPLC joins in the position of its co-Defendants in this case that it does not consent to the filing of the proposed Third Amended Complaint and that plaintiffs must file a motion to amend.  Thank you for your attention to this matter.

    Respectfully submitted,

    /s/ Jeremy D. Frey

    Jeremy D. Frey

JDF:jmn
Cc:    Chief Judge Dora L. Irizarry (via ECF)
       All counsel of record (via ECF)