

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
215.981.4000
Fax 215.981.4750

Jeremy D. Frey
direct dial:  215.981.4445
direct fax:  866.422.3552
freyj@pepperlaw.com

January 18, 2019

<u>Via ECF</u>
Hon. Dora L. Irizarry
U.S. District Judge
U.S. District Court for the
   Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

      Re:    *Freeman, et al. v. HSBC Holdings PLC, et al.*, Case No. 14-cv-6601(DLI)(CLP)

Dear Chief Judge Irizarry:

      This Firm represents Bank Saderat PLC ("BSPLC") in the above case.  The Moving Defendants (which term does not include BSPLC) have made submissions on *Kemper v. Deutsche Bank AG*, No. 18-1031, ___ F.3d ___ (7th Cir. 12-12-18).  Most recently, the Moving Defendants made a further submission regarding *Kemper* on January 14, 2018.

      Throughout the *Freeman* case, BSPLC has joined in the positions of its co-defendants applicable to the relevant allegations and Counts in which BSPLC is included as a defendant.  For the avoidance of doubt, BSPLC joins in the positions of the Moving Defendants with respect to *Kemper*.

      Thank you for your attention to this matter.

      Respectfully submitted,

      /s/ Jeremy D. Frey

      Jeremy D. Frey

Cc:    All counsel of record (via ECF)

Boston    Washington, D.C.    Los Angeles    New York    Pittsburgh
Detroit    Berwyn    Harrisburg    Orange County    Princeton    Silicon Valley    Wilmington

www.pepperlaw.com