# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

WASHINGTON, D.C. · PARIS · BRUSSELS · LONDON · MOSCOW
FRANKFURT · COLOGNE · ROME · MILAN · HONG KONG
BEIJING · BUENOS AIRES · SÃO PAULO · ABU DHABI · SEOUL

VICTOR I. LEWKOW
LEE C. BUCHHEIT
THOMAS J. MOLONEY
DAVID G. SABEL
JONATHAN I. BLACKMAN
YARON Z. REICH
RICHARD S. LINCER
JAMES A. DUNCAN
STEVEN M. LOEB
CRAIG B. BROD
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
HOWARD S. ZELBO
DAVID E. BRODSKY
ARTHUR H. KOHN
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
ERIKA W. NIJENHUIS
ANDRES DE LA CRUZ
DAVID C. LOPEZ
JAMES L. BROMLEY
MICHAEL A. GERSTENZANG
LEWIS J. LIMAN
LEV L. DASSIN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A. ROSENTHAL
ETHAN A. KLINGSBERG
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
SUNG K. KANG
LEONARD C. JACOBY

SANDRA L. FLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
MEREDITH E. KOTLER
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
PAMELA L. MARCOGLIESE
PAUL M. TIGER
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
COLIN D. LLOYD
COREY M. GOODMAN
RISHI ZUTSHI
JANE VANLARE

DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO
HUGH C. CONROY, JR.
JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES
RAHUL MUKHI
RESIDENT PARTNERS

SANDRA M. ROCKS
S. DOUGLAS BORISKY
JUDITH KASSEL
DAVID E. WEBB
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
HEIDE H. ILGENFRITZ
KATHLEEN M. EMBERGER
WALLACE L. LARSON, JR.
AVRAM E. LUFT
ANDREW WEAVER
HELENA K. GRANNIS
JOHN V. HARRISON
CAROLINE F. HAYDAY
NEIL R. MARKEL
HUMAYUN KHALID
KENNETH S. BLAZEJEWSKI
ANDREA M. BASHAM
LAURA BAGARELLA
SHIRLEY M. LO
JONATHAN D.W. GIFFORD
SUSANNA E. PARKER
RESIDENT COUNSEL

LOUISE M. PARENT
OF COUNSEL

D: +1 212 225 2490
jblackman@cgsh.com

March 11, 2019

BY ECF

The Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Freeman v. HSBC Holdings plc*, 14-cv-6601-DLI-CLP ("*Freeman I*")
    *Freeman v. HSBC Holdings plc*, 18-cv-7359-DLI-CLP ("*Freeman II*")

Dear Judge Pollak:

We write on behalf of the Defendants[1] (other than Bank Saderat) in *Freeman I* and *Freeman II* in response to Plaintiffs' March 7, 2019 letter to the Court. (*Freeman I*, Dkt. No. 215; *Freeman II*, Dkt. No. 47.) Plaintiffs' letter asks the Court (a) to lift its Order in *Freeman I* that "[d]iscovery [be] held in abeyance pending motion practice" in *Freeman I* (Dkt. No. 37) (the "Stay Order"), and (b) to permit Plaintiffs to initiate discovery in *Freeman II*. Defendants respectfully submit that Plaintiffs' request should be denied.

Plaintiffs' letter is the third request they have made to lift the discovery stay in *Freeman I*; they previously made the same request in an August 7, 2018 letter to the Court (Dkt. No. 167) and during the November 7, 2018 conference with the Court (Dkt. No. 211). The Stay Order by its terms provides that the discovery stay will remain in place during the pendency of the motion to dismiss in *Freeman I* (Dkt. No. 37), and that motion remains pending. Lifting the stay in

---

[1] The Defendants on whose behalf this letter is submitted are HSBC Holdings PLC, HSBC Bank PLC, HSBC Bank Middle East Limited, HSBC Bank USA, N.A., Barclays Bank PLC, Standard Chartered Bank, The Royal Bank of Scotland N.V., Credit Suisse AG, and Commerzbank AG.

*Freeman I* and permitting the initiation of discovery in *Freeman II* are inappropriate and unwarranted for all the reasons set forth in Defendants' August 14, 2018 letter to the Court opposing Plaintiffs' first request to lift the Stay Order. (*Freeman I*, Dkt. No. 168 (copy enclosed for the Court's convenience).) Plaintiffs' letter offers no reason for lifting the discovery stay, and nothing has changed since their last two requests that would warrant doing so.

There have, however, been other recent developments that support holding discovery in abeyance in both cases. In late December 2018, three new cases under the Anti-Terrorism Act ("ATA"), in addition to *Freeman II*, were filed in this District arising out of the same general series of alleged events as in the two *Freeman* cases: *Tavera v. HSBC Bank USA, N.A.*, 18-cv-07312-LDH-SJB; *Stephens v. HSBC Holdings plc*, 18-cv-07439-RJD-CLP; and *Donaldson v. HSBC Holdings plc*, 18-cv-07442-LDH-JO. In each case, the parties appropriately stipulated that the case should be stayed in its entirety—not just with respect to discovery—pending decision on the motion to dismiss in *Freeman I*, and the court in each case "so ordered" those stipulations. (*See Tavera*, Dkt. No. 44 (Judge DeArcy Hall); *Stephens*, Dkt. No. 7 (Judge Dearie); *Donaldson*, Mar. 5, 2019 text order (Magistrate Judge Orenstein).)

In addition, a second *O'Sullivan* ATA case ("*O'Sullivan II*") was filed in late December 2018 in the Southern District of New York, and was assigned to Judge Swain as related to *O'Sullivan I*, in which defendants' motion to dismiss has been fully briefed since July 2018.[2] The parties in *O'Sullivan II*, like the parties in *Tavera*, *Stephens*, and *Donaldson*, recently stipulated that the case should be stayed in its entirety pending decision on the motion to dismiss in *O'Sullivan I*, and Magistrate Judge Gorenstein "so ordered" that stipulation. (*O'Sullivan II*, Dkt. No. 9.)

Accordingly, Defendants respectfully request that the Court maintain its Stay Order in *Freeman I* and reject Plaintiffs' request to initiate discovery in *Freeman II*.

Respectfully submitted,

Jonathan I. Blackman

Enclosure

cc: Counsel of Record (by ECF)

---

[2] *See O'Sullivan v. Deutsche Bank*, 18-cv-12325-LTS-GWG (filed Dec. 29, 2018); *O'Sullivan v. Deutsche Bank*, 17-cv-8709-LTS-GWG (filed Nov. 9, 2017). In *O'Sullivan I*, Magistrate Judge Gorenstein granted a stay of discovery, finding that defendants "have made a strong showing that they are likely to succeed on their motion to dismiss" (*O'Sullivan I*, Dkt. No. 118 at 14), and Judge Swain overruled plaintiffs' objections to that stay order on August 20, 2018 (*O'Sullivan I*, Dkt. No. 154 at 1).