United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

___19___ CV __2146__

indicated that this case is related to the following case(s):

___18-cv-7359 DLI-CLP_____

___14-cv-6601 DLI-CLP_____