UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLOTTE FREEMAN, *et al.,* | |
| Plaintiffs, | 14-CV-6601 (DLI) (CLP) |
| v. | NOTICE OF CHANGE OF ADDRESS |
| HSBC HOLDINGS PLC, *et al.,* | |
| Defendants. | |

PLEASE TAKE NOTICE that, **effective as of April 29, 2019**, Hogan Lovells US LLP will have moved their offices and demand that a copy of all papers in this action **from that date forward** be served upon them at:

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017

PLEASE TAKE FURTHER NOTICE that all of the email addresses, telephone numbers, and facsimile numbers affiliated with the New York office of Hogan Lovells US LLP will remain the same.

Dated:  April 22, 2019

      /s/ Marc J. Gottridge
    Marc J. Gottridge
    Lisa J. Fried
    Benjamin A. Fleming
875 Third Avenue
New York, NY 10022
(212) 918-3000
marc.gottridge@hoganlovells.com
lisa.fried@hoganlovells.com
benjamin.fleming@hoganlovells.com

*Attorneys for Amicus Curiae*
*The Institute of International Bankers*

TO:

OSEN LLC
   Gary M. Osen
   Ari Ungar
   Peter Raven-Hansen
   Michael J. Radine
   William A. Friedman
2 University Plaza, Suite 402
Hackensack, NJ 07601
(201) 265 6400
(201) 265 0303 Fax

TURNER & ASSOCIATES, P.A.
   C. Tab Turner
4705 Somers Avenue, Suite 100 North Little
Rock, AR 72116
(501) 791-2277

*Attorneys for Plaintiffs*


MAYER BROWN LLP
   Mark G. Hanchet
   Robert W. Hamburg
1221 Avenue of the Americas
New York, NY 10020-1001
(212) 506-2500
mhanchet@mayerbrown.com
rhamburg@mayerbrown.com

   Andrew J. Pincus
   Marc R. Cohen
   Alex C. Lakatos
   Paul Hughes
1999 K Street, N.W.
Washington, DC 20006-1101
(202) 263-3000
apincus@mayerbrown.com
mcohen@mayerbrown.com
alakatos@mayerbrown.com
phughes@mayerbrown.com

*Attorneys for Defendants HSBC*
*Holdings plc, HSBC Bank plc, HSBC Bank*
*Middle East Limited and HSBC Bank USA, N.A.*

2

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
   Lawrence B. Friedman
   Jonathan I. Blackman
   Carmine D. Boccuzzi, Jr.
   Avram E. Luft
   Lewis J Liman
One Liberty Plaza
New York, NY 10006
(212) 225-2000
lfriedman@cgsh.com
jblackman@cgsh.com
cboccuzzi@cgsh.com
aluft@cgsh.com
lliman@cgsh.com

*Attorneys for Defendant Commerzbank AG*


SULLIVAN & CROMWELL LLP
   Michael T. Tomaino, Jr.
   Jeffrey T. Scott
   Jonathan M. Sedlak
125 Broad Street
New York, NY 10004
(212) 558-4000
tomainom@sullcrom.com
scottj@sullcrom.com
sedlakj@sullcrom.com

*Attorneys for Defendant Barclays
Bank PLC*

SULLIVAN & CROMWELL LLP
   Sharon L. Nelles
   Bradley P. Smith
   Kerry Anne Tirrell
125 Broad Street
New York, NY 10004
(212) 558-4000
nelless@sullcrom.com
smithbr@sullcrom.com
tirrellk@sullcrom.com

*Attorneys for Defendant Standard Chartered Bank*


CLIFFORD CHANCE US LLP
   Jeffrey J. Golimowski
   Robert G. Houck
   Michael G. Lightfoot
31 West 52nd Street
New York, NY 10019-6131
(212) 878-8000
jeff.golimowski@cliffordchance.com
robert.houck@cliffordchance.com
michael.lightfoot@cliffordchance.com

   Katie L. Barlow
   Steven Thomas Cottreau
2001 K Street KW
Washington, DC 2006-1001
(202) 912-5000
katie.barlow@cliffordchance.com
steven.cottreau@cliffordchance.com

*Attorneys for Defendant The Royal Bank of Scotland N.V. (formerly known as ABN AMRO Bank N.V.)*

4

CRAVATH, SWAINE & MOORE LLP
   Richard W. Clary
   John D. Buretta
   Michael T. Reynolds
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
rclary@cravath.com
jburetta@cravath.com
mreynolds@cravath.com

*Attorneys for Defendant Credit Suisse AG*


PEPPER HAMILTON LLP
   Jeremy D. Frey
3000 Two Logan Square
Philadelphia, PA 19103
(215) 981-4445
freyj@pepperlaw.com

   Matthew D. Foster
600 14th Street, NW
Suite 500
Washington, DC 20005
(202) 220-1235
fosterm@pepperlaw.com

*Attorneys for Defendant Bank Saderat PLC*