

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
215.981.4000
Fax 215.981.4750

Jeremy D. Frey
direct dial:  215.981.4445
direct fax:  866.422.3552
freyj@pepperlaw.com

June 4, 2019

**Via Federal Express and ECF**

Honorable Pamela K. Chen
United States District Court for the
 Eastern District of New York
225 Cadman Plaza East, N631
Brooklyn, NY  11201

      Re:    *Charlotte Freeman, et al. v. HSBC Holdings PLC, et al.*,
               Case No. 1:14-cv-06601(PKC-CLP) (EDNY)

Dear Judge Chen:

      This Firm represents Bank Saderat PLC in the above case ("Freeman I") (but not in any other companion case).  Pursuant to the Court's Order of May 31, 2019 directing that hard copies of certain filed documents be provided to the Court, enclosed is a bound courtesy hard copy (bearing ECF banners) of each of Docket Entry 116, 118 and 173.

      A copy of this letter without the attachments is being supplied by ECF to all counsel of record.

      Thank you for your attention to this matter.

      Respectfully,

      /s/Jeremy D. Frey

      Jeremy D. Frey

Enclosure

Boston    Washington, D.C.    Los Angeles    New York    Pittsburgh
Detroit    Berwyn    Harrisburg    Orange County    Princeton    Silicon Valley    Wilmington

www.pepperlaw.com