**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

WASHINGTON, D.C. • PARIS • BRUSSELS • LONDON • MOSCOW
FRANKFURT • COLOGNE • ROME • MILAN • HONG KONG
BEIJING • BUENOS AIRES • SÃO PAULO • ABU DHABI • SEOUL

D: +1 212 225 2490
jblackman@cgsh.com

VICTOR I. LEWKOW
THOMAS J. MOLONEY
DAVID G. SABEL
JONATHAN I. BLACKMAN
YARON Z. REICH
RICHARD S. LINCER
JAMES A. DUNCAN
STEVEN M. LOEB
CRAIG B. BROD
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
HOWARD S. ZELBO
DAVID E. BRODSKY
ARTHUR H. KOHN
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
ERIKA W. NIJENHUIS
ANDRES DE LA CRUZ
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEWIS J. LIMAN
LEV L. DASSIN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A. ROSENTHAL
ETHAN A. KLINGSBERG
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
SUNG K. KANG
LEONARD C. JACOBY
SANDRA L. FLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
MEREDITH E. KOTLER
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
PAMELA L. MARCOGLIESE
PAUL M. TIGER
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
COLIN D. LLOYD
COREY M. GOODMAN
RISHI ZUTSHI
JANE VANLARE
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO
HUGH C. CONROY, JR.
JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES
RAHUL MUKHI
RESIDENT PARTNERS

SANDRA M. ROCKS
S. DOUGLAS BORISKY
JUDITH KASSEL
DAVID E. WEBB
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
HEIDE H. ILGENFRITZ
KATHLEEN M. EMBERGER
AVRAM E. LUFT
ANDREW WEAVER
HELENA K. GRANNIS
JOHN V. HARRISON
CAROLINE F. HAYDAY
NEIL R. MARKEL
KENNETH S. BLAZEJEWSKI
ANDREA M. BASHAM
LAURA BAGARELLA
SHIRLEY M. LO
JONATHAN D.W. GIFFORD
SUSANNA E. PARKER
RESIDENT COUNSEL

LOUISE M. PARENT
OF COUNSEL

June 4, 2019

**VIA ECF AND BY HAND**

The Honorable Pamela K. Chen
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *Freeman* v. *HSBC Holdings plc*, 14-cv-6601-PKC-CLP ("*Freeman I*")
     *Freeman* v. *HSBC Holdings plc*, 18-cv-7359-PKC-CLP ("*Freeman II*")
     *Bowman* v. *HSBC Holdings plc*, 19-cv-2146-PKC-CLP ("*Bowman*")

Dear Judge Chen:

On behalf of the Moving Defendants,[1] I enclose courtesy copies of the following filings and associated exhibits from *Freeman I* by the Moving Defendants, listed in this Court's order of May 31, 2019:

- Defendants' Joint Memorandum in Support of the Moving Defendants' Motion to Dismiss (ECF No. 120);

- Defendant Credit Suisse AG's Supplemental Memorandum of Law (ECF No. 121);

- HSBC Defendants and Defendant Royal Bank of Scotland N.V.'s Supplemental Memorandum of Law (ECF No. 122);

- Defendant Standard Chartered Bank's Supplemental Memorandum of Law (ECF No. 123);

---

[1] The "Moving Defendants" are HSBC Holdings PLC, HSBC Bank PLC, HSBC Bank Middle East Limited, HSBC Bank USA, N.A., Barclays Bank PLC, Standard Chartered Bank, The Royal Bank of Scotland N.V., Credit Suisse AG, and Commerzbank AG.

- Defendant Commerzbank AG's Supplemental Memorandum of Law (ECF No. 124);
- Defendants' Joint Reply (ECF No. 126);
- Defendant Commerzbank AG's Supplemental Reply (ECF No. 127);
- Defendant Credit Suisse AG's Supplemental Reply (ECF No. 128);
- HSBC Defendants and Defendant Royal Bank of Scotland N.V.'s Supplemental Reply (ECF No. 129);
- Defendant Standard Chartered Bank's Supplemental Reply (ECF No. 130);
- Moving Defendants' Joint Objections (ECF No. 174); and
- Defendants' Reply (ECF No. 184).

The Moving Defendants respectfully request that in addition to these filings, the Court consider letters filed by the Moving Defendants on the Motion to Dismiss (ECF No. 120) in *Freeman I*, which address new authorities since briefing was completed:

- Defs. Letters regarding *Kemper v. Deutsche Bank AG*, No. 18-1031, 911 F.3d 383, 2018 WL 6521588 (7th Cir. Dec. 12, 2018) (ECF Nos. 203, 205);
- Defs. Letters regarding *O'Sullivan, et al. v. Deutsche Bank AG, et al.*, 17-cv-8709 (LTS) (GWG), 2019 WL 1409446 (S.D.N.Y. Mar. 28, 2019) (ECF Nos. 217, 220).

        Respectfully submitted,

        /s/ Jonathan I. Blackman

Enclosures

cc:    Counsel of Record (via ECF)