

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500
F: +1 212 262 1910
mayerbrown.com

June 14, 2019

**Mark G. Hanchet**
T: +1 212 506 2695
mhanchet@mayerbrown.com

**VIA ECF**

The Honorable Cheryl L. Pollak
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    *Freeman, et al. v. HSBC Holdings plc, et al.,*
       No 14-cv-6601 (PKC)(CLP)

Dear Magistrate Judge Pollak:

        We represent defendants HSBC Holdings plc, HSBC Bank plc, HSBC Bank Middle East
Limited and HSBC Bank USA N.A. (collectively, the "HSBC Defendants") in the above
referenced action. One of the attorneys who has entered an appearance in this action for the HSBC
Defendants, Paul W. Hughes, is no longer with the firm. We write pursuant to Local Civil Rule
1.4 to request that the Court relieve Mr. Hughes as an attorney for the HSBC Defendants and direct
the Clerk to terminate his ECF noticing. Mayer Brown LLP will continue to defend the case on
behalf of the HSBC Defendants and the withdrawal of Mr. Hughes will have no effect on the future
conduct of the litigation.


Respectfully submitted,

Mark G. Hanchet


MGH/phd

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian partnership).