UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

CHARLOTTE FREEMAN, ET AL.,

    Plaintiffs,

v.

HSBC HOLDINGS PLC, ET AL.,

    Defendants.

No. 14-cv-6601 (PKC)(CLP)

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that because I, Kerry Anne Tirrell, am leaving the firm of Sullivan & Cromwell LLP effective September 13, 2019, I hereby request the withdrawal of my appearance on behalf of Defendant Standard Chartered Bank. Sharon L. Nelles, Andrew Finn, Bradley P. Smith, and Alyssa Anne Hill of Sullivan & Cromwell LLP remain as attorneys of record for Standard Chartered Bank.

PLEASE TAKE FURTHER NOTICE that I hereby request to be removed from all service lists for these proceedings.

Dated: New York, New York
      September 13, 2019

Respectfully submitted,
/s/   Kerry Anne Tirrell
Kerry Anne Tirrell
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588