UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
CHARLOTTE FREEMAN, et al., :
 :
               Plaintiffs, :
 :
               v. : 14-CV-06601-PKC-CLP
 :
HSBC HOLDINGS PLC, et al., :
 :
               Defendants. :
---------------------------------------------------------- X

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that because I, Alyssa Anne Hill, am leaving my current litigation position at Sullivan & Cromwell LLP, effective February 3, 2020, I hereby request the withdrawal of my appearance on behalf of Defendant Standard Charted Bank. Sharon L. Nelles, Andrew Finn, and Bradley P. Smith of Sullivan & Cromwell LLP remain as attorneys of record for Standard Chartered Bank.

PLEASE TAKE FURTHER NOTICE that I hereby request to be removed from all service lists for these proceedings.

| | |
|---|---|
| Dated:  New York, New York<br>           January 24, 2020 | Respectfully submitted,<br>*/s/  Alyssa A. Hill*<br>Alyssa A. Hill<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York  10004<br>Telephone:  (212) 558-4000<br>Facsimile:  (212) 558-3588<br>hilla@sullcrom.com |